FILED

11/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0651

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 23-0651

| | |
|---|---|
| ALLISON SWEEM, individually and as Personal Representative of the ESTATE OF BRANDON E. ROBERTS,<br><br>Plaintiff/Appellee/Cross-Appellant,<br><br>v.<br><br>FLATHEAD COUNTY, a political subdivision of the State of Montana, and DOES 1-10,<br><br>Defendant/Appellant/Cross-Appellee. | **GRANT OF EXTENSION** |

Upon review of Appellant's Unopposed Motion for Extension to File Appellants Opening Brief and with good cause;

IT IS HEREBY ORDERED that Appellant is granted an extension of time up to and including January 8, 2024 in which to file and serve its opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 27 2023